FILED

02/15/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0614

IN THE SUPREME COURT OF THE STATE OF MONTANA
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Case No. DA 21-0614
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

STATE OF MONTANA,

    )

    Plaintiff and Appellee,

    v.

CHRISTOPHER I. TOULOUSE,

    Defendant and Appellant.

)
)
)
)
)
)
)
)
)

**APPELLANT'S MOTION
FOR EXTENSION OF TIME
WITH AFFIDAVIT IN SUPPORT**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Upon consideration of Appellant's Motion for Extension of Time, and good cause appearing,

**IT IS HEREBY ORDERED** that Appellant is granted an extension of time to and including March 23, 2023, within which to prepare, file, and serve Appellant's opening brief on appeal.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 15 2023